

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-15-00342-CR

## IN RE EDWARD S. HODGES, III

---

## Original Proceeding

---

## O R D E R

---

Petitioner asks for relief in a motion filed on December 16, 2015 for the State's failure to timely file its response or motion for extension of time to file its response. Petitioner's motion is stricken because it was not served on all parties as required for a motion or copied on lead counsel for all parties as required for notices to the Court. *See* TEX. R. APP. P. 9.5; 6.3.

Further, we note the State filed a motion for extension of time to file its response which has been granted to January 21, 2016. Therefore, petitioner's motion is moot and we would have no authority to grant it.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion stricken
Order issued and filed December 23, 2015

